**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

| | |
|---|---|
| NATURAL RESOURCES DEFENSE COUNCIL,<br><br>*Petitioner*,<br>v.<br><br>NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION; JONATHAN MORRISON, in his official capacity as Deputy Administrator of the National Highway Traffic Safety Administration; and SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation,<br><br>*Respondents*. | **Petition for Review**<br><br>Case No. 26-______ |

**PETITION FOR REVIEW**

Pursuant to 49 U.S.C. § 32909(a)(1) and Rule 15(a) of the Federal Rules of Appellate Procedure, Petitioner Natural Resources Defense Council seeks review of final action of the National Highway Traffic Safety Administration published under the title *The Safer Affordable Fuel-Efficient (SAFE) Vehicles Rule III for Model Years 2022 to 2031 Passenger Cars and Light Trucks,* 91 Fed. Reg. 61988 (September 30, 2026).

A copy of the challenged final rule is being filed as Exhibit A to this petition.

Dated: October 2, 2026

Respectfully submitted,

*/s/ Gavin G. McCabe*

Gavin McCabe
Natasha Brunstein
Natural Resources Defense Council
40 W. 20th Street
New York, NY 10011
gmccabe@nrdc.org
nbrunstein@nrdc.org
(212) 727-4529

Counsel for Natural Resources Defense Council

## RULE 26.1 DISCLOSURE STATEMENT

In accordance with Rule 26.1 of the Federal Rules of Appellate Procedure 26.1, Petitioner make the following disclosure:

Natural Resources Defense Council states that it is a non-profit environmental organization. NRDC has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: October 2, 2026

Respectfully submitted,

*/s/ Gavin G. McCabe*
Gavin McCabe
Natasha Brunstein
Natural Resources Defense Council
40 West 20th Street
New York, NY 10011
gmccabe@nrdc.org
nbrunstein@nrdc.org
(212) 727-4529

## CERTIFICATE OF COMPLIANCE WITH TYPE-FACE AND TYPE-STYLE REQUIREMENTS

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word Version 2608 in Times New Roman, Size 14.

Dated: October 2, 2026

Respectfully submitted,

*/s/ Gavin G. McCabe*
Gavin G. McCabe

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I filed the foregoing **Petition for Review** and **Rule 26.1 Disclosure Statement** and all attachments with the Clerk of the Court.

I further certify that on this 2nd day of October, 2026, I caused a true and correct copy of this Petition for Review to be served by hand on the following address, which is common to both the National Highway Traffic Safety Administration and the U.S. Department of Transportation:

1200 New Jersey Avenue SE
Washington DC 20590

Dated: October 2, 2026

Respectfully submitted,

*/s/ Gavin G. McCabe*
Gavin G. McCabe