**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**RAYMOND J. LOHIER, JR.**
**CHIEF JUDGE**

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

Date: October 2, 2026
Docket #: 26-2781
Short Title: Natural Resources Defense Council, Inc. v. United States National Highway Traffic Safety Administration

Originating Case #: NHTSA-2025-0491
Agency: NHTS

## SERVICE FOR PETITION FOR REVIEW

Pursuant to FRAP 15(c) you are hereby served with the enclosed petition for review of the United States National Highway Traffic Safety Administration order in the above-entitled case that was filed in this court on October 2, 2026.

A copy of the petition is enclosed herewith.

Inquiries regarding this case may be directed to 212-857-8551.